**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**WESTERN DISTRICT OF TEXAS**

Case number (if known): _____ Chapter __11__

☐ Check if this is an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **San Antonio Medical Supplies LLC** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 4  5 – 5  1  4  2  3  7  5 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1500 Fredericksburg Rd. Ste B** | |
| Number     Street | Number     Street |
| | P.O. Box |
| **SAN ANTONIO          TX     78201** | |
| City          State     ZIP Code | City          State     ZIP Code |
| **BEXAR** | Location of principal assets, if different from principal place of business |
| County | |
| | Number     Street |
| | City          State     ZIP Code |

5. Debtor's website (URL)    _____

6. Type of debtor

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

**7. Describe debtor's business**

*A. Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.* NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11.  *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).  If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____ When _____ Case number _____
                                                      MM / DD / YYYY

                District _____ When _____ Case number _____
                                                      MM / DD / YYYY

                District _____ When _____ Case number _____
                                                      MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
MM / DD / YYYY

Case number, if known _____

Debtor _____ Relationship _____

District _____ When _____
MM / DD / YYYY

Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number        Street

_____

_____
City        State        ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

## Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

| 14. | **Estimated number of creditors** | ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|---|
| | | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | | ☐ 200-999 | | |

| 15. | **Estimated assets** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|---|
| | | ☑ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. | **Estimated liabilities** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|---|
| | | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | | ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## ▉ Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| 17. | **Declaration and signature of authorized representative of debtor** | ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|---|

- ■ I have been authorized to file this petition on behalf of the debtor.

- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **05/24/2017**
　　　　　　　MM / DD / YYYY

X **/s/ Andrea Cukjati**                              **Andrea Cukjati**
Signature of authorized representative of debtor        Printed name

Title **Managing Memeber**

| 18. | **Signature of attorney** | X **/s/ Heidi McLeod**                          Date **05/24/2017** |
|---|---|---|

Signature of attorney for debtor                           MM / DD / YYYY

**Heidi McLeod**
Printed name

**Heidi McLeod Law Office**
Firm name

**3355 Cherry Ridge Rd Ste 214**
Number　　　Street

**San Antonio**                              **TX**       **78230**
City                                        State      ZIP Code

**(210) 853-0092**                          **heidimcleodlaw @gmail.com**
Contact phone                               Email address

**13764700**
Bar number                                  State

Debtor name __**San Antonio Medical Supplies LLC**__

United States Bankruptcy Court for the: __**WESTERN DISTRICT OF TEXAS**__

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**

   Current value of
   debtor's interest

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | | | | Current value of debtor's interest |
|------|---------------------------------------------|-----------------|---|---|---|---|---------|
| 3.1. | **Checking account Bank of America** | **Checking account** | 4 | 0 | 6 | 8 | $616.19 |
| 3.2. | **Checking account Bank of America** | **Checking account** | 4 | 5 | 0 | 7 | $10,000.00 |
| 3.3. | **Checking account Bank of America** | **Checking account** | 8 | 3 | 9 | 8 | $226.00 |
| 3.4. | **Checking account Bank of America** | **Checking account** | 9 | 1 | 8 | 4 | $42.00 |
| 3.5. | **Wells Fargo Debtor in possession account** | **Wells Fargo** | 7 | 9 | 8 | 5 | $25.00 |

4. **Other cash equivalents** *(Identify all)*

   Name of institution (bank or brokerage firm)

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   $10,909.19

## Part 2:   Deposits and prepayments

**6.   Does the debtor have any deposits or prepayments?**

☐   No.   Go to Part 3.
☑   Yes.   Fill in the information below.

**Current value of
debtor's interest**

**7.   Deposits, including security deposits and utility deposits**

Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Land lord** | **$1,250.00** |
| 7.2. | **CPS** | **$250.00** |
| 7.3. | **land lord security deposit** | **$1,200.00** |

**8.   Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**9.   Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.

**$2,700.00**

## Part 3:   Accounts receivable

**10.   Does the debtor have any accounts receivable?**

☐   No.   Go to Part 4.
☑   Yes.   Fill in the information below.

**Current value of
debtor's interest**

**11.   Accounts receivable**

| | | | | | |
|---|---|---|---|---|---|
| 11a.   90 days old or less: | **$63,876.00** | – | **$19,163.00** | = ............ ➔ | **$44,713.00** |
| | face amount | | doubtful or uncollectible accounts | | |
| 11b.   Over 90 days old: | **$0.00** | – | **$0.00** | = ............ ➔ | **$0.00** |
| | face amount | | doubtful or uncollectible accounts | | |

**12.   Total of Part 3**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**$44,713.00**

## Part 4:   Investments

**13.   Does the debtor own any investments?**

☑   No.   Go to Part 5.
☐   Yes.   Fill in the information below.

**Valuation method      Current value of
used for current value    debtor's interest**

**14.   Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity: _____    % of ownership: _____

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe: _____

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| |
|---|
| _____ **$0.00** |

## Part 5:  Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | MM/DD/YYYY | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **12 pairs of shoes, 10 wheelchairs, 2 hoyer lifts, nebulizers, back and knee braces, 1 intrathecal pump and pole  1 hospital bed  and 3 cases of shoe inserts 1 knee scooter** | 04/15/2017 | $6,200.00 | wholesale | $0.00 |
| **22. Other inventory or supplies** | | | | |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

| |
|---|
| _____ **$0.00** |

**24. Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____    Valuation method _____    Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28. Crops--either planted or harvested**

**29. Farm animals**  *Examples:* Livestock, poultry, farm-raised fish

**30. Farm machinery and equipment**  (Other than titled motor vehicles)

**31. Farm and fishing supplies, chemicals, and feed**

**32. Other farming and fishing-related property not already listed in Part 6**

**33. Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
　　☐ No
　　☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 7:  Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☑ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**39. Office furniture**

**5 desks, 6 office chairs, 6 computers, copier, small refrideragtor, micro wave, partition, 8 file cabinets, 2 book shelves, phone system**

$0.00

**40. Office fixtures**

**41. Office equipment, including all computer equipment and communication systems equipment and software**

**42. Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43. Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

$0.00

**44. Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 8:  Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.

☑ Yes.  Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current value | Current value of<br>debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1.  **2013 Ford Transit Connect Van** | | | $0.00 |
| 47.2.  **2014 Ford Transit Van** | | | $0.00 |

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

**49. Aircraft and accessories**

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**51. Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

$0.00

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 9:  Real property

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.

☐ Yes.  Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description<br>such as Assessor Parcel Number (APN),<br>and type of property (for example,<br>acreage, factory, warehouse, apartment or<br>office building), if available. | Nature and extent<br>of debtor's interest<br>in property | Net book value of<br>debtor's interest<br>(Where available) | Valuation method<br>used for current<br>value | Current value of<br>debtor's interest |
|---|---|---|---|---|

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.

$0.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 10: Intangibles and Intellectual Property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| **SAMedsupply.com** | | | |
| **SAmedsupply.com** | $0.00 | | $0.00 |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**
Add lines 60 through 65. Copy the total to line 89.

$0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
☒ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☒ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 11: All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☒ Yes. Fill in the information below.

Current value of debtor's interest

71. **Notes receivable**

Description (include name of obligor)

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**73.** **Interests in insurance policies or annuities**

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

**Embezzlement by part owner Jake Neramore took money from the business accounts, stole product, and inventory 4 hoyer lifts, 80 wheelchairs, total estimated amount owed $172178. plus wrongful expense reimbursement of personal expenses unknown amount. Wrongful payments to Lava medical amount unknown estimated $37800.00** _____     _____ **Unknown**

    **Nature of claim**    __**Embezzlement**_____

    **Amount requested**    _____

**75.** **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.** **Trusts, equitable or future interests in property**

**77.** **Other property of any kind not already listed** _Examples:_ Season tickets, country club membership

**78.** **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.                     **$0.00**

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $10,909.19 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $2,700.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $44,713.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.............................................. ➔ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column.  91a. | $58,322.19 | + 91b. $0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92....................................................................  $58,322.19

**Fill in this information to identify the case:**

Debtor name    **San Antonio Medical Supplies LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
   amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A*<br>**Amount of claim**<br>Do not deduct the<br>value of collateral. | *Column B*<br>**Value of collateral**<br>**that supports**<br>**this claim** |
| --- | --- | --- | --- |
| **2.1** **Creditor's name**<br>**BBVA Compass** | **Describe debtor's property that is**<br>**subject to a lien**<br><br>**2013 Ford Transit Connect Van** | $0.00 | $11,662.00 |

**Creditor's mailing address**
**PO Box 10566**

**Describe the lien**
**Purchase Money / Agreement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Birmingham          AL    35296**

**Creditor's email address, if known**

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account**
**number**

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in**
**the same property?**
☑ No
☐ Yes. Specify each creditor, including this
     creditor, and its relative priority.

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the**
   **Additional Page, if any.**                                                    $28,209.00

Debtor  __San Antonio Medical Supplies LLC_____  Case number (if known) _____

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|

**Part 1:    Additional Page**

Copy this page only if more space is needed.  Continue numbering the lines
sequentially from the previous page.

**Column A**
**Amount of claim**
Do not deduct the value of collateral.

**Column B**
**Value of collateral that supports this claim**

---

**2.2**  Creditor's name
**Bexar County Tax Assessor Collector**

Creditor's mailing address
**233 N. Pecos La Trinidad**

_____

_____

**San Antoniio**          **TX**    **78207**

Creditor's email address, if known

_____

Date debt was incurred    _____

Last 4 digits of account
number          **6    9    9    1**

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
relative priority?

  ☐ No.  Specify each creditor, including this
  creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is
  specified on lines _____

**Describe debtor's property that is
subject to a lien**

**personal property**

**Describe the lien**

**Taxes personal property / Statutory Lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$3,220.00          $3,220.00

---

**2.3**  Creditor's name
**TD Auto Finance**

Creditor's mailing address
**PO Box 16035**

_____

_____

**Lewiston**          **ME**    **04243-9517**

Creditor's email address, if known

_____

Date debt was incurred    _____

Last 4 digits of account
number          ___ ___ ___ ___

Do multiple creditors have an interest in
the same property?

☑ No
☐ Yes.  Have you already specified the
relative priority?

  ☐ No.  Specify each creditor, including this
  creditor, and its relative priority.

  ☐ Yes.  The relative priority of creditors is
  specified on lines _____

**Describe debtor's property that is
subject to a lien**

**2014 Ford Transit VAn**

**Describe the lien**

**Purchase Money / Agreement**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
☑ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$24,989.00          $14,112.00

---

Fill in this information to identify the case:

Debtor **San Antonio Medical Supplies LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | Total claim | Priority amount |
|---|---|---|---|

**2.1** **Priority creditor's name and mailing address**

**Internal Revenue Service**

**Bankruptcy Dept**

**PO Box 7346**

**Philadelphia          PA     19114-7346**

**Date or dates debt was incurred**

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)(  **8**  )

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**940 and 941 Taxes 2016**

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim **$4,000.00**          Priority amount **$4,000.00**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| **3.1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$208.00** |
|---|---|---|---|

A.R.M. Solutions, Inc.

PO Box 3666

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Camarillo | CA | 93011-3666 | **Services** |

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**

**Last 4 digits of account number**  **8  5  3  1**

☑ No
☐ Yes

| **3.2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,761.00** |
|---|---|---|---|

Ability Network Inc.

Dept. CH 16577

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Palatine | IL | 60055-6577 | **business debt** |

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**

**Last 4 digits of account number**  **7  2  0  5**

☑ No
☐ Yes

| **3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

ADT

PO Box 9320

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Baldwin | NY | 11510 | **Services** |

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**

**Last 4 digits of account number**  __ __ __ __

☑ No
☐ Yes

| **3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,040.00** |
|---|---|---|---|

Ally Financial

PO Box 380901

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Bloomington | MN | 55438 | **deficiency balance** |

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**

**Last 4 digits of account number**  **1  5  5  4**

☑ No
☐ Yes

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.5 | Nonpriority creditor's name and mailing address |

**AT&T**

**Attn Bankruptcy Dept**

**PO Box 769**

_____

**Arlington                    TX     76004**

Date or dates debt was incurred    _____

Last 4 digits of account number      4   2   2   5

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$251.00**

---

| 3.6 | Nonpriority creditor's name and mailing address |

**AT&T Uverse**

**PO Box 474690**

_____

**Charlotte                    NC     28247**

Date or dates debt was incurred    _____

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$107.00**

---

| 3.7 | Nonpriority creditor's name and mailing address |

**Brown and Fortunato, P.C.**

**PO Box 9418**

_____

**Amarillo                    TX     79105**

Date or dates debt was incurred    _____

Last 4 digits of account number      ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**legal fees**
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$2,935.12**

---

| 3.8 | Nonpriority creditor's name and mailing address |

**Brown and Joseph, Ltd.**

**PO Box 59838**

_____

**Schaumberg                    IL     60159-0838**

Date or dates debt was incurred    _____

Last 4 digits of account number      7   4   0   1

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**insurance premiums**
_____

Is the claim subject to offset?
☑ No
☐ Yes

**$3,164.00**

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

**3.9** Nonpriority creditor's name and mailing address

**BSN Medical**

**PO Box 751766**

_____

**Charlotte**              **NC**    **28275-1766**

Date or dates debt was incurred    _____

Last 4 digits of account number    **8**  **9**  **2**  **5**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**business debt**

Is the claim subject to offset?
☑ No
☐ Yes

$647.00

---

**3.10** Nonpriority creditor's name and mailing address

**C 6 Gargabe Disposal**

**PO Box 160489**

_____

**San Antonio**            **TX**    **78280-2689**

Date or dates debt was incurred    _____

Last 4 digits of account number    **2**  **2**  **6**  **4**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

Is the claim subject to offset?
☑ No
☐ Yes

$487.00

---

**3.11** Nonpriority creditor's name and mailing address

**Can Capital**

**2015 Vaughn Rd. Bldg. 500**

_____

**Kennesaw**              **GA**    **30144**

Date or dates debt was incurred    _____

Last 4 digits of account number    **8**  **2**  **2**  **3**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**business loan**

Is the claim subject to offset?
☑ No
☐ Yes

$133,419.00

---

**3.12** Nonpriority creditor's name and mailing address

**Clover Telecheck Service, Inc**

**PO Box 60028**

_____

**City of Industry**        **CA**    **91716**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Creditor**

Is the claim subject to offset?
☑ No
☐ Yes

Unknown

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                    Amount of claim

| 3.13 | Nonpriority creditor's name and mailing address |
|---|---|

**Compass Health**                                                                                                  **$12,083.00**

**C/O Euler Hermes Collections NA**

**800 Red Brook Blvd. Ste. 400C**

**Owings Mills, MD 2117**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**inventory purchase**

Date or dates debt was incurred      _____

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address |
|---|---|

**DJ Global**                                                                                                       **$2,551.00**

**1430 Decision Street**

**Vista**          **CA**      **92081**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Creditor**

Date or dates debt was incurred      _____

Last 4 digits of account number     __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address |
|---|---|

**Dr. Comfort**                                                                                                     **$2,551.00**

**1430 Decision St.**

**Vista**          **CA**      **92081-8553**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**inventory**

Date or dates debt was incurred      _____

Last 4 digits of account number     5  9  6  3

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address |
|---|---|

**Fed Ex**                                                                                                          **$104.00**

**PO Box 100456**

**Palatine**          **IL**      **60055-0306**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Creditor**

Date or dates debt was incurred      _____

Last 4 digits of account number     2  7  2  2

Is the claim subject to offset?
☑ No
☐ Yes

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.17**   Nonpriority creditor's name and mailing address

**$156,064.00**

**First Choice Medical**

**127 Interstae Dr.**

Richland                     MS       39218

Date or dates debt was incurred      _____

Last 4 digits of account number      2   0   4   7

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:
**inventory purchase**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.18**   Nonpriority creditor's name and mailing address

**$744.00**

**Hayland Sales**

**PO Box 732583**

Dallas                     TX       75373

Date or dates debt was incurred      _____

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Creditor**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.19**   Nonpriority creditor's name and mailing address

**$10,702.00**

**HD Smith**

**502 E. Highway 281**

Los Indios                     TX       78567

Date or dates debt was incurred      _____

Last 4 digits of account number      __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**inventory purchase**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.20**   Nonpriority creditor's name and mailing address

**$97.00**

**Hear Here**

**PO Box 311024**

New Braunfels                     TX       78131

Date or dates debt was incurred      _____

Last 4 digits of account number      2   2   5   2

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**97**

Is the claim subject to offset?
☑ No
☐ Yes

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.21 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

$2,911.00

**Hi Technologies**

**110 S. Main**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Wichita                  KS        67202-3746    **business debt**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

Last 4 digits of account number      S   A   M   S

☑ No
☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

$5,128.00

**HME Billing Specialists**

**6414 Conservation Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Jeffersonville            IN        47130        **Unsecured Creditor**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

Last 4 digits of account number    ___ ___ ___ ___

☑ No
☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

$736.00

**Leil Solutions, LLC**

**20 E. Clemention Rd Ste. 203 N.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Gibbsboro                 NJ        08026        **insurance premiums**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

Last 4 digits of account number      9   1   8   9

☑ No
☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

$351.00

**Liberty Office Products**

**PO Box 630729**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Houston                   TX        77263-0729    **business debt**

Date or dates debt was incurred    _____

**Is the claim subject to offset?**

Last 4 digits of account number      2   8   2   7

☑ No
☐ Yes

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.25 | Nonpriority creditor's name and mailing address | | As of the petition filing date, the claim is: | **$3,493.00** |

**Med Group**

**3223 Southloop 286, Ste. 600**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Lubbock**          **TX**     **79423**

Basis for the claim:
**Unsecured Creditor**

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.26 | Nonpriority creditor's name and mailing address | **$632.00** |

**Momentum**

**Department #SF 21**

**PO Box 830525**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Birmingham**       **AL**    **35283-0525**

Basis for the claim:
**phone system**

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

---

| 3.27 | Nonpriority creditor's name and mailing address | **$16,899.00** |

**On Deck Capital**

**Zwicker & Associates, P.C.**

**80 Minuteman Rd.**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Andover**          **MD**    **01810-1008**

Basis for the claim:
**business debt**

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   _4_ _6_ _3_ _1_

---

| 3.28 | Nonpriority creditor's name and mailing address | **$0.00** |

**On Deck Loans**

**901 N. Stuart St. Ste 700**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Arlington**        **VA**    **22203**

Basis for the claim:
**Money loaned**

Date or dates debt was incurred   _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   __ __ __ __

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,329.00 |
|---|---|---|---|

**Orthofeet**

**152 A. Veterans Drive**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Northvale            NJ      07647**

**Basis for the claim:**
**Unsecured Creditor**

Date or dates debt was incurred            _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,452.00 |
|---|---|---|---|

**Raymond Leasing Corp.**

**PO Box 301590**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas            TX      75303-1590**

**Basis for the claim:**
**leased equipment**

Date or dates debt was incurred            _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    5   2   0   6

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,505.00 |
|---|---|---|---|

**Ricoh USA, Inc.**

**3920 Arkwright Rd. Te. 400**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Macon            GA      31210**

**Basis for the claim:**
**Services**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $337.00 |
|---|---|---|---|

**Shred-it USA**

**28883 Network Place**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Chicago            IL      60673-1288**

**Basis for the claim:**
**Services**

Date or dates debt was incurred            _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    4   4   8   3

**Part 2:**     **Additional Page**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $216.00 |

**Spectrum Business**

**PO Box 460849**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

__San antonio_____ TX ___78246-0849__

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   **6**   **0**   **4**   **3**

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | Unknown |

**Summit Crest**

**3700 Fredericksburg Rd.**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**breach of a lease**

__San antonio_____ TX ___78229__

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,762.00 |

**The Message Center**

**2819 Woodcliffe Dr. Ste. 100**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Services**

__SAn Antonio_____ TX ___78230__

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   **4**   **0**   **8**   **1**

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $295.00 |

**US Pay**

**147 Willis Avenue**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Unsecured Creditor**

__Mineola_____ NY ___11501__

Date or dates debt was incurred _____

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number   ___ ___ ___ ___

| Debtor | **San Antonio Medical Supplies LLC** | Case number (if known) |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 |
|---|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**Yellow Stone**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Unsecured Creditor**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

---

| 3.38 | Nonpriority creditor's name and mailing address | | $40,166.00 |
|---|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*

**Yellowstone Lending**

**1 Evertrust Plaza 14th Floor**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Unsecured Creditor**

**Jersey City**     **NJ**    **07302**

Date or dates debt was incurred

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __ __ __ __

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a.    $4,000.00 |
| 5b. | **Total claims from Part 2** | 5b. **+**    $428,127.12 |
| 5c. | **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c.    $432,127.12 |

**Fill in this information to identify the case:**

Debtor name    **San Antonio Medical Supplies LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number    _____    Chapter   **11**
(if known)

☐ Check if this is an
   amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**

   ☐ No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

   ☑ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2. **List all contracts and unexpired leases**        **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| 2.1 | State what the contract or lease is for and the nature of the debtor's interest | leased office space<br>Contract to be ASSUMED | bbb |
|---|---|---|---|
| | State the term remaining | _____ | _____ |
| | List the contract number of any government contract | _____ | _____ |

**Fill in this information to identify the case:**

Debtor name    **San Antonio Medical Supplies LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
   amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**
   ☐ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.
   ☑ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

|  | **Name** | **Mailing address** | **Name** | **Check all schedules that apply:** |
|---|---|---|---|---|
| **2.1** | Andrea Cukjati | **518 Bluff Estates**<br>Number    Street <br><br>**San Antonio**    **TX**   **78216**<br>City     State   ZIP Code | **Summit Crest** | ☐ D<br>☑ E/F<br>☐ G |
| **2.2** | Andrea Cukjati | **518 Bluff Estates**<br>Number    Street <br><br>**SAn antonio**    **TX**   **78216**<br>City     State   ZIP Code | **HD Smith** | ☐ D<br>☑ E/F<br>☐ G |
| **2.3** | James Kenneth Naramore | **1626 Sun Mountain**<br>Number    Street <br><br>**San Antonio**    **TX**   **78258**<br>City     State   ZIP Code | **TD Auto Finance** | ☑ D<br>☐ E/F<br>☐ G |
| **2.4** | James Kenneth Naramore | **1626 Sun Mountain**<br>Number    Street <br><br>**San Antonio**    **TX**   **78258**<br>City     State   ZIP Code | **BBVA Compass** | ☑ D<br>☐ E/F<br>☐ G |

## ▮ Additional Page if Debtor Has More Codebtors

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1:  Codebtor | | Column 2:  Creditor | |
|---|---|---|---|

|  | Name / Mailing address | Name | Check all schedules that apply: |
|---|---|---|---|
| 2.5 | **James Kenneth Naramore**<br>**1626 Sun Mountain**<br>Number   Street<br><br>**San Antonio**   **TX**   **78258**<br>City   State   ZIP Code | **Summit Crest** | ☐ D<br>☑ E/F<br>☐ G |
| 2.6 | **James Kenneth Naramore**<br>**1626 Sun Mountain**<br>Number   Street<br><br>**San Antonio**   **TX**   **78258**<br>City   State   ZIP Code | **Can Capital** | ☐ D<br>☑ E/F<br>☐ G |
| 2.7 | **James Kenneth Naramore**<br>**1626 Sun Mountain**<br>Number   Street<br><br>**San Antonio**   **TX**   **78258**<br>City   State   ZIP Code | **First Choice Medical** | ☐ D<br>☑ E/F<br>☐ G |
| 2.8 | **James Kenneth Naramore**<br>**1626 Sun Mountain**<br>Number   Street<br><br>**San Antonio**   **TX**   **78258**<br>City   State   ZIP Code | **On Deck Capital** | ☐ D<br>☑ E/F<br>☐ G |
| 2.9 | **James Kenneth Naramore**<br>**1626 Sun Mountain**<br>Number   Street<br><br>**San Antonio**   **TX**   **78258**<br>City   State   ZIP Code | **Ally Financial** | ☐ D<br>☑ E/F<br>☐ G |
| 2.10 | **James Naramor**<br>**1625 Sun Mountain**<br>Number   Street<br><br>**San Antonio**   **TX**   **78258**<br>City   State   ZIP Code | **On Deck Loans** | ☐ D<br>☑ E/F<br>☐ G |

Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals    12/15

## Part 1:    Summary of Assets

1.  **Schedule A/B: Assets--Real and Personal Property** (Official Form 206A/B)

    1a.  **Real property:**
    Copy line 88 from Schedule A/B.................................................................................... | **$0.00**

    1b.  **Total personal property:**
    Copy line 91A from Schedule A/B.................................................................................. | **$58,322.19**

    1c.  **Total of all property**
    Copy line 92 from Schedule A/B.................................................................................... | **$58,322.19**

## Part 2:    Summary of Liabilities

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D..................................... | **$28,209.00**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a.  **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of Schedule E/F........................................... | **$4,000.00**

    3b.  **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F............................... | **+ $428,127.12**

4.  **Total liabilities**
Lines 2 + 3a + 3b.................................................................................................................... | **$460,336.12**

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

- ☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

- ☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

- ☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

- ☑ *Schedule H: Codebtors* (Official Form 206H)

- ☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

- ☐ Amended Schedule _____

- ☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **05/24/2017**     **X** /s/ Andrea Cukjati
MM / DD / YYYY        Signature of individual signing on behalf of debtor

**Andrea Cukjati**
Printed name

**Managing Memeber**
Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **San Antonio Medical Supplies LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known) _____

☐ Check if this is an
   amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

## Part 1:   Income

**1. Gross revenue from business**

   ☐ None

**Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year**

| | | | Sources of revenue<br>Check all that apply. | Gross revenue<br>(before deductions<br>and exclusions |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2017** to<br><sub>MM / DD / YYYY</sub> | Filing date | ☑ Operating a business<br>☐ Other _____ | **$153,316.00** |
| **For prior year:** | From **01/01/2016** to<br><sub>MM / DD / YYYY</sub> | **12/31/2016**<br><sub>MM / DD / YYYY</sub> | ☑ Operating a business<br>☐ Other _____ | **$1,343,470.00** |
| **For the year before that:** | From **01/01/2015** to<br><sub>MM / DD / YYYY</sub> | **12/31/2015**<br><sub>MM / DD / YYYY</sub> | ☑ Operating a business<br>☐ Other _____ | **$2,077,766.00** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☑ None

## Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☑ None

Debtor **San Antonio Medical Supplies LLC**               Case number (if known) _____
_____
Name

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **New Logic Loan**<br>Insider's name<br>_____<br>Street<br><br>_____<br>City ____ State ___ ZIP Code | | _____ | |
| **Relationship to debtor**<br>**member -cosigner** | | | |
| 4.2. **James Naramore**<br>Insider's name<br>**1625 Sun Mountain**<br>Street<br><br>**San Antonio       TX    78258**<br>City ____ State ___ ZIP Code | **last one year** | **$37,800.00** | **product purchase and embezzelment** |
| **Relationship to debtor**<br>**member** | | | |
| 4.3. **First Choice Medical**<br>Insider's name<br>**127 Interstae Dr.**<br>Street<br><br>**Richland       MS    39218**<br>City ____ State ___ ZIP Code | **5/1/2016 to 5/18/2017**<br><br>**150 payments** | **$37,500.00** | **purchase inventory** |
| **Relationship to debtor**<br>**member James Naramore** | | | |
| 4.4. **HD Smith**<br>Insider's name<br>**502 E. Highway 281**<br>Street<br><br>**Los Indios       TX    78567**<br>City ____ State ___ ZIP Code | **5/1/2016 to 5/18/2017**<br>**11 payments** | **$10,000.00** | |
| **Relationship to debtor**<br>**member-Andrea** | | | |

Debtor    **San Antonio Medical Supplies LLC**                    Case number (if known) _____
          Name

|  | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.5. | **On Deck Capital** | **6/20/2016-** | **$9,194.00** | |
|  | Insider's name | **9/22/2016** | | |
|  | **Zwicker & Associates, P.C.** | **14** | | |
|  | Street | **payments** | | |
|  | **80 Minuteman Rd.** | | | |

**Andover**       **MD**   **01810-1008**
City              State    ZIP Code

Relationship to debtor

**member- James**

|  | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.6. | **Yellowstone Capital** | | | |
|  | Insider's name | | | |
|  | **1 Evertrust  Plaza** | | | |
|  | Street | | | |
|  | **14th Floor** | | | |

**Jersey City**       **NJ**   **07302**
City                  State    ZIP Code

Relationship to debtor

**cosigned by James Naramore**

|  | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.7. | **New Logic** | **6/20/2016** | **$42,918.00** | |
|  | Insider's name | **9/22/2017** | | |
|  | Street | | | |

City              State    ZIP Code

Relationship to debtor

**meember James Neramore**

5.    **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☐ None

|  | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | **Ally Financial** | **2014 ford Transit Van** | **3/10/2017** | |
|  | Creditor's name | | | |
|  | **PO Box 380901** | | | |
|  | Street | | | |

**Bloomington**       **MN**   **55438**
City                  State    ZIP Code

|  | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.2. | **Ally Financial** | | | |
|  | Creditor's name | | | |
|  | **PO Box 380901** | | | |
|  | Street | | | |

**Bloomington**       **MN**   **55438**
City                  State    ZIP Code

**6.   Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

## Part 3:   Legal Actions or Assignments

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☑ None

**8.   Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4:   Certain Gifts and Charitable Contributions

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Project Mend**<br>Recipient's name<br><br>Street<br><br><br>City                State    ZIP Code<br><br>**Recipient's relationship to debtor**<br>**none** | **used medical equipment** | **over the last 2 years** | **$2,500.00** |

## Part 5:   Certain Losses

**10.   All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

<span style="background:black;color:white">**Part 6:**</span>   **Certain Payments or Transfers**

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe the property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  **Heidi McLeod Law Office PLLC** | | **05/15/2017** | **$2,000.00** |

**Address**

**3201 Cherry Ridge Rd Ste.C 300**
Street

_____

**San Antonio**          **TX**     **78230**
City                     State    ZIP Code

**Email or website address**

_____

**Who made the payment, if not debtor?**

_____

**12.  Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13.  Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑ None

<span style="background:black;color:white">**Part 7:**</span>   **Previous Locations**

**14.  Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1.  **1500 Fredericksberg**<br>Street | From  **Sept 2012**   To  **July 2013** |

_____

**San Antonio**          **TX**     **78201**
City                     State    ZIP Code

Debtor  **San Antonio Medical Supplies LLC**　　　　　　　　Case number (if known) _____
　　　　Name

**Address**　　　　　　　　　　　　　　　　　　　　　　　**Dates of occupancy**

14.2.  **3714 NW Loop 410**　　　　　　　　　　　　　　　From __**July 2013**__  To __**August 2016**__
　　　Street

　　　**San Antonio**　　　　　　　　**TX**　　**78229**
　　　City　　　　　　　　　　　　　State　　ZIP Code

---

**Part 8:**　　**Health Care Bankruptcies**

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

■ diagnosing or treating injury, deformity, or disease, or

■ providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

---

**Part 9:**　　**Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes.  State the nature of the information collected and retained.
　　　　**medicare number, driver's licence and social security number and health insurance number.**

　　　Does the debtor have a privacy policy about that information?
　　　☐ No.
　　　☑ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
　　　☐ No.  Go to Part 10.
　　　☐ Yes.  Fill in below:

---

**Part 10:**　　**Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Your Storage Place** <br> Name | | **old files** | ☑ No <br> ☐ Yes |
| **Fredericksburg Rd.** <br> Street | **Address** | | |
| _____ | | | |
| **San Antonio**    **TX**   **78229** <br> City          State   ZIP Code | | | |

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☑ None

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes.  Provide details below.

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

**24. Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

**26. Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| | Name and address | Dates of service |
|---|---|---|
| 26a.1. | **Frank Dirosa**<br>Name<br>**15600 San Pedro Ste 301**<br>Street<br><br>**San Antonio**　　**TX**　**78232**<br>City　　　　　State　ZIP Code | From _____   To _____ |

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

26d.   List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**27.  Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.

☐ Yes. Give the details about the two most recent inventories.

**28.  List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Andrea Zuflacht-Cukjati | 518 Bluff Estates<br>San Antonio, TX 78216 | Managing member | 70% |
| Jacob Naramore | 1625 Sun Mountain<br>San Antonio, TX 78258 | member | 30% |

**29.  Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| James Naremore | 1625 Sun Mountain<br>San Antonio, TX 7258 | member | From _____ To _____ |

**30.  Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Andrea Zuflacht-Cukjati**<br>Name<br>**518 Bluff Estates**<br>Street<br><br>**San Antonio    TX   78216**<br>City            State  ZIP Code<br><br>**Relationship to debtor**<br>**managing memeber** | debt reduction<br>$10,000.00 | 5/1/2016 to<br>5/18/2017 | debt reduction |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | **Andrea Zuflacht-Cukjati**<br>Name<br>**518 Bluff Estates**<br>Street<br><br>**San Antonio    TX   78216**<br>City            State  ZIP Code<br><br>**Relationship to debtor** | $13,050.00 | | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

30.3.  __James Naramore_____
     Name
__1626 Sun Mountain_____
     Street

**funds embezzeled**
**$192,178.00**

**5/1/2016**

__San Antonio_____ __TX__ __78258___
  City           State   ZIP Code

**Relationship to debtor**

__memeber_____

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

  ☑ No
  ☐ Yes.  Identify below.

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

  ☑ No
  ☐ Yes.  Identify below.

**Part 14:**  **Signature and Declaration**

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __05/24/2017____
        MM / DD / YYYY

**X /s/ Andrea Cukjati**_____    Printed name  **Andrea Cukjati**_____
  Signature of individual signing on behalf of the debtor

Position or relationship to debtor  **Managing Memeber**_____

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
☑ No
☐ Yes

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

In re **San Antonio Medical Supplies LLC**　　　　　　　Case No. _____

　　　　　　　　　　　　　　　　　　　　　　　　　　Chapter **11** _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

　　For legal services, I have agreed to accept.................................................................　____**$2,000.00**

　　Prior to the filing of this statement I have received........................................................　____**$2,000.00**

　　Balance Due...........................................................................................................　____**$0.00**

2. The source of the compensation paid to me was:

　　☑ Debtor　　　　　☐ Other (specify)

3. The source of compensation to be paid to me is:

　　☑ Debtor　　　　　☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

　　☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

　　a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

　　b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

　　c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **05/24/2017** | **/s/ Heidi McLeod** |
| *Date* | *Heidi McLeod*          Bar No.  13764700 |
| | Heidi McLeod Law Office |
| | 3355 Cherry Ridge Rd Ste 214 |
| | San Antonio, Texas 78230 |
| | Phone: (210) 853-0092 / Fax: (210) 853-0129 |

---

 **/s/ Andrea Cukjati**

*Andrea Cukjati*
*Managing Memeber*

**Fill in this information to identify the case:**

Debtor name   **San Antonio Medical Supplies LLC**

United States Bankruptcy Court for the: **WESTERN DISTRICT OF TEXAS**

Case number
(if known)

☐ Check if this is an
amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1  First Choice Medical 127 Interstae Dr. Richland, MS 39218 | | inventory purchase | Disputed | | | $156,064.00 |
| 2  Can Capital 2015 Vaughn Rd. Bldg. 500 Kennesaw, GA 30144 | | business loan | | | | $133,419.00 |
| 3  Yellowstone Lending 1 Evertrust Plaza 14th Floor Jersey City, NJ 07302 | | Unsecured Creditor | | | | $40,166.00 |
| 4  On Deck Capital Zwicker & Associates, P.C. 80 Minuteman Rd. Andover, MD 01810-1008 | | business debt | | | | $16,899.00 |
| 5  Compass Health C/O Euler Hermes Collections NA 800 Red Brook Blvd. Ste. 400C Owings Mills, MD 2117 | | inventory purchase | | | | $12,083.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6   Ally Financial PO Box 380901 Bloomington, MN 55438 | | deficiency balance | | | | $12,040.00 |
| 7   TD Auto Finance PO Box 16035 Lewiston, ME 04243-9517 | | Purchase Money | | $24,989.00 | $14,112.00 | $10,877.00 |
| 8   HD Smith 502 E. Highway 281 Los Indios, TX 78567 | | inventory purchase | | | | $10,702.00 |
| 9   Orthofeet 152 A. Veterans Drive Northvale, NJ 07647 | | Unsecured Creditor | | | | $7,329.00 |
| 10   HME Billing Specialists 6414 Conservation Drive Jeffersonville, IN 47130 | | Unsecured Creditor | | | | $5,128.00 |
| 11   Raymond Leasing Corp. PO Box 301590 Dallas, TX 75303-1590 | | leased equipment | | | | $4,452.00 |
| 12   Internal Revenue Service Bankruptcy Dept PO Box 7346 Philadelphia, PA 19114-7346 | | 940 and 941 Taxes 2016 | | | | $4,000.00 |
| 13   Med Group 3223 Southloop 286, Ste. 600 Lubbock, TX 79423 | | Unsecured Creditor | | | | $3,493.00 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 Brown and Joseph, Ltd. PO Box 59838 Schaumberg, IL 60159-0838 | | insurance premiums | | | | $3,164.00 |
| 15 Brown and Fortunato, P.C. PO Box 9418 Amarillo, TX 79105 | | legal fees | | | | $2,935.12 |
| 16 Hi Technologies 110 S. Main Wichita, KS 67202-3746 | | business debt | | | | $2,911.00 |
| 17 The Message Center 2819 Woodcliffe Dr. Ste. 100 SAn Antonio, TX 78230 | | Services | | | | $2,762.00 |
| 18 Dr. Comfort 1430 Decision St. Vista, CA 92081-8553 | | inventory | | | | $2,551.00 |
| 19 DJ Global 1430 Decision Street Vista, CA 92081 | | Unsecured Creditor | | | | $2,551.00 |
| 20 Ricoh USA, Inc. 3920 Arkwright Rd. Te. 400 Macon, GA 31210 | | Services | | | | $2,505.00 |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

IN RE:   **San Antonio Medical Supplies LLC**                    CASE NO

                                                                  CHAPTER   **11**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date _5/24/2017_____          Signature _/s/ Andrea Cukjati_____
                                                        ***Andrea Cukjati***
                                                        ***Managing Memeber***

Date _____          Signature _____

A.R.M. Solutions, Inc.
PO Box 3666
Camarillo, CA 93011-3666


Ability Network Inc.
Dept. CH 16577
Palatine, Il 60055-6577


ADT
PO Box 9320
Baldwin, NY 11510


Ally Financial
PO Box 380901
Bloomington, MN 55438


Andrea Cukjati
518 Bluff Estates
San Antonio, TX 78216


AT&T
Attn Bankruptcy Dept
PO Box 769
Arlington, TX 76004


AT&T Uverse
PO Box 474690
Charlotte, NC 28247


bbb


BBVA Compass
PO Box 10566
Birmingham, Alabama 35296

Bexar County Tax Assessor Collector
233 N. Pecos La Trinidad
San Antoniio, TX 78207


Brown and Fortunato, P.C.
PO Box 9418
Amarillo, TX 79105


Brown and Joseph, Ltd.
PO Box 59838
Schaumberg, IL 60159-0838


BSN Medical
PO Box 751766
Charlotte, NC 28275-1766


C 6 Gargabe Disposal
PO Box 160489
San Antonio, TX 78280-2689


Can Capital
2015 Vaughn Rd. Bldg. 500
Kennesaw, GA 30144


Clover Telecheck Service, Inc
PO Box 60028
City of Industry, CA 91716


Compass Health
C/O Euler Hermes Collections NA
800 Red Brook Blvd. Ste. 400C
Owings Mills, MD 2117


DJ Global
1430 Decision Street
Vista, CA 92081

Dr. Comfort
1430 Decision St.
Vista, CA 92081-8553


Fed Ex
PO Box 100456
Palatine, IL 60055-0306


First Choice Medical
127 Interstae Dr.
Richland, MS 39218


Hayland Sales
PO Box 732583
Dallas, TX 75373


HD Smith
502 E. Highway 281
Los Indios, TX 78567


Hear Here
PO Box 311024
New Braunfels, TX 78131


Hi Technologies
110 S. Main
Wichita, KS 67202-3746


HME Billing Specialists
6414 Conservation Drive
Jeffersonville, IN 47130


Internal Revenue Service
Bankruptcy Dept
PO Box 7346
Philadelphia, PA 19114-7346

James Kenneth Naramore
1626 Sun Mountain
San Antonio, TX 78258


James Naramor
1625 Sun Mountain
San Antonio, TX 78258


Leil Solutions, LLC
20 E. Clemention Rd Ste. 203 N.
Gibbsboro, NJ 08026


Liberty Office Products
PO Box 630729
Houston, TX 77263-0729


Med Group
3223 Southloop 286, Ste. 600
Lubbock, TX 79423


Momentum
Department #SF 21
PO Box 830525
Birmingham, AL 35283-0525


On Deck Capital
Zwicker & Associates, P.C.
80 Minuteman Rd.
Andover, MD 01810-1008


On Deck Loans
901 N. Stuart St. Ste 700
Arlington, VA 22203


Orthofeet
152 A. Veterans Drive
Northvale, NJ 07647

Raymond Leasing Corp.
PO Box 301590
Dallas, TX 75303-1590


Ricoh USA, Inc.
3920 Arkwright Rd. Te. 400
Macon, GA 31210


Shred-it USA
28883 Network Place
Chicago, IL 60673-1288


Spectrum Business
PO Box 460849
San antonio, TX 78246-0849


Summit Crest
3700 Fredericksburg Rd.
San antonio, TX 78229


TD Auto Finance
PO Box 16035
Lewiston, ME 04243-9517


The Message Center
2819 Woodcliffe Dr. Ste. 100
SAn Antonio, TX 78230


US Pay
147 Willis Avenue
Mineola, NY 11501


Yellow Stone

Yellowstone Lending
1 Evertrust Plaza 14th Floor
Jersey City, NJ 07302

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

IN RE:                                               CHAPTER   **11**

**San Antonio Medical Supplies LLC**


DEBTOR(S)                                            CASE NO


## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security<br>Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest<br>Registered |
|---|---|---|---|
| | | | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____ **Managing Memeber** _____ of the _____ **Corporation** _____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date:__ **5/24/2017** _____        Signature: _**/s/ Andrea Cukjati**_____
                                                           *Andrea Cukjati*
                                                           **Managing Memeber**